**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-54356 |
| Kimberly A. Barrett | : | Chapter 13 (JUDGE CALDWELL) |
| Debtor | : | |

**OBJECTION TO ALLOWANCE OF CLAIM OF STATE OF OHIO**
**DEPARTMENT OF TAXATION**

Now comes Debtor, by and through her undersigned counsel, and hereby objects to the allowance of the claim of the State of Ohio, Department of Taxation, (Claims No. 6), filed herein in the amount of $28,308.34, upon the following grounds:

1. The Debtor is not justly indebted to the claimant in the amount set forth in the claim.

2. The Claim sets forth tax liabilities far in excess of what Debtor's true tax liabilities are for the years 2003 to 2010, as based upon the actual returns filed by Debtor for those years.

WHEREFORE, Debtor prays that said claim be disallowed in the amount set forth, and that she have such other and further relief as is just and necessary.

Date: 12-9-11                    */s/ Gerald L. Roderick*
                                 Gerald L. Roderick (0018492)
                                 Attorney for Debtor
                                 2546 Indianola Avenue
                                 Columbus, Ohio 43202
                                 (614) 221-8651

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Objection and Notice was mailed electronically to the following by U.S. Mail, this 9th day of December, 2011:

| | |
|---|---|
| United States Trustee<br>170 North High Street<br>Columbus, Ohio 43215 | Frank M. Pees, Chapter 13 Trustee<br>130 E. Wilson Bridge Rd, Ste 200<br>Worthington, OH 43085 |

and by Ordinary US Mail to the following:

| | |
|---|---|
| State of Ohio<br>Department of Taxation<br>PO Box 530<br>Columbus, Ohio 43216 | Ohio Attorney General<br>Collections Enforcement<br>150 E. Gay St, 21st Floor<br>Columbus, Ohio 43215 |

*/s/ Gerald L. Roderick*
Gerald L. Roderick (0018492)
Attorney for Debtor

## NOTICE OF OBJECTION TO ALLOWANCE OF CLAIM

Debtor, Kimberly A. Barrett, has filed an objection to your claim in this bankruptcy case. **Your claim may be reduced, modified, or eliminated.** You should read these papers carefully, and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify, or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to the claim,** you must file with the court a response explaining your position by mailing your response by regular US Mail to The United States Bankruptcy Court, Clerk of Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular US Mail to

Gerald L. Roderick
Attorney at Law
2546 Indianola Avenue
Columbus, Ohio 43202

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying or eliminating your claim.

Date: 12-9-11

*/s/ Gerald L. Roderick*
Gerald L. Roderick (0018492)
2546 Indianola Avenue
Columbus, Ohio 43202
(614) 221-8651
Attorney for Debtor